# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ROBERT MOYA,

    Plaintiff,

v.

                      No.: 2:18-cv-00494-GBW-KRS

CITY OF CLOVIS, OFFICER BRENT
AGUILAR, in his individual capacity and as an
Employee of the City of Clovis, SERGEANT
JAMES GURULE, in his individual capacity and as an
Employee of the City of Clovis,

    Defendants

## ORDER EXTENDING CERTAIN PRETRIAL DEADLINES

**THIS MATTER** comes before the Court on the stipulated order of the parties to extend pretrial and trial deadlines. The Court has considered the stipulation and will extend pretrial deadlines as requested, except the Court has modified proposed dates that fall on a weekend. Further, since there is no trial set and the Presiding Judge will handle scheduling the pretrial conference, trial, and other trial related deadlines such as for motions in limine and to designate deposition transcripts, the Court will not act on those specific matters. The parties may seek relief from Judge Wormuth by appropriate motion when those matters are ripe for consideration.

**IT IS, THEREFORE, ORDERED** that deadlines are extended as follows:

(1)     Plaintiff's expert disclosures are now due on or before **August 30, 2019**;

(2)     Defendant's expert disclosures are now due on or before **October 31, 2019**;

(3)     Discovery now terminates on **December 30, 2019**;

(4)     All pretrial motions, including, discovery, dispositive, and *Daubert* motions, are now due on or before **January 15, 2020**.

**IT IS FURTHER ORDERED** that the settlement conference set for November 19, 2019 is **VACATED** and a telephonic status conference to discuss rescheduling is **SET** for that date at **10:00 a.m.** The parties shall connect to that status conference by dialing **(888) 398-2342** and entering access code **8193818**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE