UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW MEXICO

ROBERT MOYA,

    Plaintiff,

v.                              Case No. 2:18-CV-00494-GBW-KRS

CITY OF CLOVIS, OFFICER BRENT
AGUILAR, in his individual capacity and as an
Employee of the City of Clovis, SERGEANT
JAMES GURULE, in his individual capacity and as an
Employee of the City of Clovis,

    Defendants.

## CONFIDENTIALITY ORDER REGARDING DEFENDANT BRENT AGUILAR'S RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION NUMBERS 5 AND 6 TO AGUILAR

In accordance with this Court's September 4, 2019 Order Granting Motion to Compel, this Court orders the following terms concerning Defendant Brent Aguilar's Responses to Plaintiff's Requests for Production Numbers 5 and 6 to Aguilar, which terms have been agreed to by the Parties:

Plaintiff shall not disclose any materials produced by Defendant Officer Brent Aguilar in response to Plaintiff's Requests for Production Numbers 5 and 6 to Aguilar in this matter[1] to anyone other than the litigants in this case, the litigants' attorneys, and the agents of the litigants' attorneys,

---

[1] Plaintiff's Request for Production No. 5 to Defendant Officer Brent Aguilar seeks, "Any and all documents that comprise all or a part of your personnel file, including disciplinary records, and any other documents concerning your hiring, training, duties, performance, assignments, and mental and physical condition."

Plaintiff's Request for Production No. 6 to Defendant Aguilar seeks, "Any and all documents concerning or at all relevant to any formal or informal complaint made against or about you, from any source concerning any subject matter."

which include the paralegals, secretaries, file clerks, assistants, and other support staff employed by the attorneys or the law firms to which the attorneys are affiliated, for any purpose other than litigating this matter.

In addition, any Court filing in this matter that includes any document produced by Defendant Brent Aguilar in response to Plaintiff's Request for Production Number 5 or 6 to Aguilar shall be filed under seal.

Defendant Officer Brent Aguilar shall supplement his Responses to Plaintiff's Requests for Production Numbers 5 and 6 to Aguilar in accordance with this Court's September 4, 2019 Order Granting Motion to Compel within ten (10) days of entry of this Order. Any and all documents included in that supplemental disclosure shall be subject to the terms of this Order.

/s/ Kevin Sweazea
_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Submitted and approved by:

Lewis Brisbois Bisgaard & Smith, LLP

***/s/ Ryan Goodhue***
Ryan T. Goodhue
*Attorneys for Defendants*
8801 Horizon Blvd. NE
Albuquerque, NM 87113
Phone: 505-828-3600
Fax: 505-828-3900
Ryan.Goodhue@lewisbrisbois.com


Approved by:

Law Offices of Susan Porter

*/s/ Susan Porter via email on 9/11/19*
Susan M. Porter
*Attorneys for Plaintiff*
908 Lomas Blvd. NW
Albuquerque, NM 87102
Phone: 505-312-7742
Fax: 651-602-3655
sporterlaw@gmail.com

And

Law Office of Jennifer J. Wernersbach, P.C.

*/s/ Jennifer Wernersbach via email on 9/11/19*
Jennifer J. Wernersbach
*Attorneys for Plaintiff*
925 Luna Circle NW
Albuquerque, NM 87102
Phone: 505-363-4599
Fax: 505-212-0281
jw@jwlawoffices.com