IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT G. MOYA,

    Plaintiff,

v.                                               Civ. No. 18-494 GBW/KRS

CITY OF CLOVIS, *et al.*,

    Defendants.

## ORDER TO FILE AMENDED MOTION TO WITHDRAW PURSUANT TO D.N.M.LR-CIV. 83.8

THIS MATTER comes before the Court on Plaintiff counsel's Unopposed Motion to Withdraw. *Doc. 80.* The relevant local rule requires that such a motion "must indicate consent of the client represented by the withdrawing attorney and: … statement of the client's intention to appear *pro se* …." D.N.M.LR-Civ. 83.8(a). The instant motion clearly states Mr. Moya's intention to proceed *pro se*, but it does not expressly indicate his consent to the withdrawal of counsel. As such, it must be denied.

IT IS THEREFORE ORDERED that Plaintiff's counsel, Jennifer J. Wernersbach and Susan M. Porter, shall file an amended motion to withdraw no later than **January 17, 2020**. The amended motion must either indicate Mr. Moya's consent or follow the procedures described in D.N.M.LR-Civ. 83.8(b).

                                                          _____
                                                          GREGORY B. WORMUTH
                                                          UNITED STATES MAGISTRATE JUDGE
                                                          **Presiding by Consent**